Law Offices of Roger L. Fidler
126 E. 83rd Street, Suite 3B
New York, New York 10028
*Attorneys for Defendant and Third-Party Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------

| | |
|---|---|
| MARK AST and RGEN, INC., : | Index No. 12-CV-9434 (CM) |
| Plaintiffs, : | **DEFENDANT'S and** |
| : | **THIRD-PARTY PLAINTIFF'S** |
| -against- : | **NOTICE OF** |
| : | **CROSS-MOTION** |
| MICHAEL COHEN, a/k/a MICHAEL : | |
| MOSHE COHEN, a/k/a MOSHE : | |
| MICHAEL COHEN, : | |
| : | |
| Defendant. : | |

-------------------------------------------------------

TO:   Brian S. Cohen, Esq.
      10 East 40th Street, 46th Floor
      New York, New York 10016
      Tel: (203) 813-3100
      Fax: (203) 813-3112
      *Attorneys for Plaintiffs*

**PLEASE TAKE NOTICE** that, upon the accompanying (1) *Memorandum of Law in Opposition to Plaintiffs' Motion for Summary Judgment and in Support of Defendant's and Third-Party Plaintiff's Cross-Motion to Compel and for Fees, to change Third-Party Plaintiff's Name and Defendant's Cross-Motion for Summary Judgment*; (2) *Affidavit of Michael Cohen* and the exhibits annexed thereto, (3) *Affirmation of Roger Fidler and the exhibits annexed thereto;* and (4) *Defendant's and Third-party Plaintiff's Local Civil Rule 56.1 Statement of Material Facts as to Which There Exists Genuine Issues to be Tried with respect to Plaintiffs'*

*Motion and (5) Defendant's Local Civil Rule 56.1 Statement of Material Facts as to Which There Exists No Genuine Issues to be Tried with respect to Defendant's Motion,* Defendant and Third-Party Plaintiff will move this Court, before Honorable Colleen McMahon, for an Order:

1.) Compelling Plaintiff Mark Ast to provide names, addresses, and dates of service of all medical providers for him and his mother and execute medical authorizations for such providers;

2.) Compelling the deposition of Plaintiff Mark Ast,

3.) Changing the name of Third-Party Plaintiff to Nancyco Holding Company, Inc.,

4.) Denying Plaintiffs' Motion for Partial Summary Judgment and Judgment on the Pleadings;

5.) Granting Defendant, pursuant to Rule 56 of the Federal Rules of Civil Procedure, Summary Judgment on Plaintiffs' First, Second, and Third Claims in the Complaint; and

6.) Granting Defendant and Third-Party Plaintiff, pursuant to Rule 37 of the Federal Rules of Civil Procedure, an order granting their attorney's fees for Plaintiffs' failure to make disclosures and cooperate in discovery;

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is submitted herewith,

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule IV-F of the Individual Practices and Procedures of the Honorable Colleen McMahon; (i) "[a]nswering papers or motions are to be served 2 weeks after receipt of the moving papers"; and (ii) "[r]eply papers, if any, are to be served 5 business days later."

Dated: September 24, 2013

_____
Roger L. Fidler, Esq.
126 E. 83rd Street, Suite 3B
New York, New York 10028
*Attorneys for Defendant and Third-Party Plaintiff*